1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TUONG VINH DU,                    ) NO. CV 07-4749-CAS (MAN)
                                        )
12                 Petitioner,          )
                                        )
13        v.                            ) ORDER ACCEPTING FINDINGS AND
                                        )
14   BEN CURRY, WARDEN,                 ) RECOMMENDATIONS OF UNITED STATED
                                        )
15                 Respondent.          ) MAGISTRATE JUDGE
     _____)
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus, all of the records herein, and the Report and

20   Recommendation of United States Magistrate Judge ("Report").  The time

21   for filing Objections to the Report has passed, and no Objections have

22   been filed.   The Court accepts the findings and recommendations set

23   forth in the Report.

24

25        IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

26   shall be entered dismissing this action with prejudice.

27

28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  November 3, 2011

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2